PER CURIAM.
Affirmed. § 61.1308(l)(b), Fla.Stat. (1997); Alvarez v. Alvarez, 566 So.2d 516 (Fla. 3d DCA 1990); Osterink v. Mabrey, 552 So.2d 291 (Fla. 2d DCA 1989); Genoe v. Genoe, 515 So.2d 237 (Fla. 4th DCA 1987), review denied, 513 So.2d 1061 (Fla.1987); Prickett v. Priekett, 498 So.2d 1060 (Fla. 5th DCA 1986); Ruse v. Ruse, 478 *1265 So.2d 102 (Fla. 2d DCA 1985); Perez v. Perez, 462 So.2d 546 (Fla. 1st DCA 1985).